UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Will Desir</u>

    v.                                            Case No. 24-cv-122-SM

<u>Atrium Medical Corporation</u>

<u>ORDER</u>

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated January 14, 2026, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir. 1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    **So Ordered.**

                                                  Steven J. McAuliffe
                                                  United States District Judge

Date: January 20, 2026

cc:  Counsel of Record